UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kia Motors America, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Autoworks Distributing; Applegate Supply; Wayzata Nissan, LLC, a Minnesota corporation; Mark Saliterman, an individual dba Wayzata Nissan, LLC, Autworks Distributing, and Applegate Supply; Jay Schroeder, an individual dba Wayzata Nissan, LLC, Autoworks Distributing and Applegate Supply; and Does 1-10 inclusive, <br><br> Defendants. | CASE NO. 0:06-cv-00156-DWF-JJG <br><br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41 UPON ENTRY OF ORDER VACATING AND RENDERING MOOT CERTAIN COURT ORDERS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants through their respective counsel of record:

1. The Parties have reached a settlement of this Action.

2. The Parties have agreed to request the Court to Order the following interlocutory orders to be rendered moot and vacated:

   • December 7, 2007 Order (ECF 279)

   • March 19, 2008 Order (ECF 317)

   • May 29, 2008 Order (ECF 336)

   • October 17, 2008 Order (ECF 386)

   • October 17, 2008 Order (ECF 390)

   • January 12, 2009 Order (ECF 447)

   • January 21, 2009 Order (ECF 462)

   • February 26, 2009 Order (ECF 475)

3. The Parties have agreed that upon entry of an Order vacating and rendering moot all of the aforesaid Orders this Action shall be dismissed with prejudice in its entirety pursuant to Fed. Rule Civ. P. 41(a).

4. The Parties agree that there is no prevailing party in this Action and the Parties shall bear their own costs and attorneys' fees.

DATED: April 1, 2009

DAVID N. MAKOUS
PAULA C. GREENSPAN
LEWIS BRISBOIS BISGAARD & SMITH LLP


By s/David N. Makous
   David N. Makous
   Attorneys for Plaintiff KIA MOTORS AMERICA, INC.

DATED: April 1, 2009

JOHN T. WILLIAMS
LAURA S. MCKAY
HINKHOUSE WILLIAMS WALSH LLP


By s/John T. Williams
   John T. Williams
   Attorneys for Defendants

ND: 4814-7566-3363, v. 1